**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Middle District of Florida

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Tempus Resorts International, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **59-3482443** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **7380 Sand Lake Road Suite 600 Orlando, FL** ZIP Code **32819** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tempus Resorts International, Ltd.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

■ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>**Tempus Resorts International, Ltd.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X** **/s/ Elizabeth A. Green**
Signature of Attorney for Debtor(s)

**Elizabeth A. Green 0600547**
Printed Name of Attorney for Debtor(s)

**Baker & Hostetler LLP**
Firm Name

**200 South Orange Avenue**
**SunTrust Center, Suite 2300**
**Orlando, FL 32801-3432**
Address

**(407) 649-4000  Fax: (407) 841-0168**
Telephone Number

**November 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Roger Farwell**
Signature of Authorized Individual

**Roger Farwell**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**November 19, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re **Tempus Resorts International, Ltd.** Case No.
Debtor(s) Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets $ **0.00**

   b. Total debts (including debts listed in 2.c., below) $ **0.00**

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | | | |
   |---|---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock  **0**  **0**

   e. Number of shares common stock  **0**  **0**

   Comments, if any:
   **A Florida Limited Partnership**

3. Brief description of Debtor's business:
   **Timeshare**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **AP/TIE Partners 78.07% (Limited Partner)**
   **Roger Farwell 18.23% (Limited Partner)**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Tempus Resorts International, Ltd.**  
　　　　　　　　　　　　Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| COLLECTIONS UNLIMITED INC<br>PO BOX 1236<br>CRYSTAL RIVER, FL 34423 | COLLECTIONS UNLIMITED INC<br>PO BOX 1236<br>CRYSTAL RIVER, FL 34423 | Mortgage Servicing & Credit Scoring | | 9,017.48 |
| FEDERAL EXPRESS CORPORATION<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | FEDERAL EXPRESS CORPORATION<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | Postage & Shipping | | 1,140.47 |
| HARLAN HANSON INC<br>STE 136 2111 EAST MICHIGAN ST<br>ORLANDO, FL 32806 | HARLAN HANSON INC<br>STE 136 2111 EAST MICHIGAN ST<br>ORLANDO, FL 32806 | Professional Services - Other | | 1,800.00 |
| HERNANDEZ DELGADO, JORGE SERAPIO<br>COL. NAPOLES DEL BENITO JUAREZ<br>MEXICO CITY, DF 3810<br>MEXICO | HERNANDEZ DELGADO, JORGE SERAPIO<br>COL. NAPOLES DEL BENITO JUAREZ<br>MEXICO CITY, DF 3810<br>MEXICO | Other | | 1,027.50 |
| INTRALINKS, INC.<br>150 EAST 42nd STREET, 8th FLOOR<br>NEW YORK, NY 10017 | INTRALINKS, INC.<br>150 EAST 42nd STREET, 8th FLOOR<br>NEW YORK, NY 10017 | Professional Services - Other | | 5,563.43 |
| MODS, INC.<br>PO BOX 568324<br>ORLANDO, FL 32856 | MODS, INC.<br>PO BOX 568324<br>ORLANDO, FL 32856 | Storage Leases | | 1,209.10 |
| MSC SAND LAKE IV INC<br>PO Box 6104<br>HICKSVILLE, NY 11802-6104 | MSC SAND LAKE IV INC<br>PO Box 6104<br>HICKSVILLE, NY 11802-6104 | Office Rents | | 20,334.94 |
| ORLANDO METROPOLITAN EXPRESS<br>6323 INTERNATIONAL DRIVE<br>ORLANDO, FL 32819 | ORLANDO METROPOLITAN EXPRESS<br>6323 INTERNATIONAL DRIVE<br>ORLANDO, FL 32819 | Location Rents- Marketing | | 1,354.92 |
| OSCEOLA CLERK OF COURTS<br>2 COURTHOUSE SQUARE<br>KISSIMMEE, FL 34741 | OSCEOLA CLERK OF COURTS<br>2 COURTHOUSE SQUARE<br>KISSIMMEE, FL 34741 | Title & Foreclosure Costs | | 1,767.90 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Tempus Resorts International, Ltd.**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Progressive Communications International<br>1001 Sand Pond Road<br>Lake Mary, FL 32746 | Progressive Communications International<br>1001 Sand Pond Road<br>Lake Mary, FL 32746 | Printing | | 6,122.51 |
| REGULUS GROUP LLC<br>831 LATOUR CT - SUITE B<br>NAPA, CA 94558-6260 | REGULUS GROUP LLC<br>831 LATOUR CT - SUITE B<br>NAPA, CA 94558-6260 | Mortgage Servicing & Credit Scoring | | 5,387.25 |
| REGULUS INTEGRATED SOLUTIONS LLC<br>831 B LATOUR CT<br>NAPA, CA 94558-6258 | REGULUS INTEGRATED SOLUTIONS LLC<br>831 B LATOUR CT<br>NAPA, CA 94558-6258 | Mortgage Servicing & Credit Scoring | | 32,704.10 |
| RESERVE ACCOUNT<br>PO BOX 856056<br>LOUISVILLE, KY 40285-6056 | RESERVE ACCOUNT<br>PO BOX 856056<br>LOUISVILLE, KY 40285-6056 | Postage & Shipping | | 3,000.00 |
| SAND LAKE WEST BUSINESS PARK INC<br>PO BOX 6076<br>HICKSVILLE, NY 11802-6076 | SAND LAKE WEST BUSINESS PARK INC<br>PO BOX 6076<br>HICKSVILLE, NY 11802-6076 | Office Rents | | 11,533.69 |
| SHRED-IT ORLANDO<br>STE 1190 3800 ENTERPRISE WAY BLDG 3<br>SANFORD, FL 32771 | SHRED-IT ORLANDO<br>STE 1190 3800 ENTERPRISE WAY BLDG 3<br>SANFORD, FL 32771 | Other | | 1,012.80 |
| STAPLES ADVANTAGE<br>PO BOX 405386 DEPT ATL<br>ATLANTA, GA 30384-5386 | STAPLES ADVANTAGE<br>PO BOX 405386 DEPT ATL<br>ATLANTA, GA 30384-5386 | Office Supplies | | 1,050.80 |
| TECC INC<br>333 S SR 415<br>OSTEEN, FL 32764 | TECC INC<br>333 S SR 415<br>OSTEEN, FL 32764 | Repairs & Maintenance | | 1,558.89 |
| TRI-TECH AIR CONDITIONING INC.<br>1041 SEMINOLA BLVD<br>CASSELBERRY, FL 32707 | TRI-TECH AIR CONDITIONING INC.<br>1041 SEMINOLA BLVD<br>CASSELBERRY, FL 32707 | Repairs & Maintenance | | 2,959.40 |
| US BANK OFFICE EQUIPMENT FINANCE SE<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 | US BANK OFFICE EQUIPMENT FINANCE SE<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 | Operational Leases | | 21,586.11 |
| ZENITH INSURANCE COMPANY<br>4415 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | ZENITH INSURANCE COMPANY<br>4415 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Workers Compensation Insurance | | 19,024.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Tempus Resorts International, Ltd.** Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 19, 2010**    Signature **/s/ Roger Farwell**
                                        **Roger Farwell**
                                        **Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re: **Tempus Resorts International, Ltd.**
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Marcus**<br>**Tempus Resorts International**<br>**7380 Sand Lake Road**<br>**Suite 600**<br>**Orlando, FL 32819** | | **1.37%** | **Limited Partner** |
| **AP/Tempus, LLC**<br>**2 Manhattanville Road**<br>**Purchase, NY 10577** | | **0.14%** | **General Partner** |
| **AP/TIE Partners**<br>**2 Manhattanville Road**<br>**Purchase, NY 10577** | | **78.07%** | **Limited Partner** |
| **Martni Holdings V, Inc.**<br>**c/o Intram Investments, Inc.**<br>**5728 Major Blvd.**<br>**Suite 601**<br>**Orlando, FL 32819** | | **2.19%** | **Limited Partner** |
| **Roger Farwell**<br>**Tempus Resorts International**<br>**7380 Sand Lake Road**<br>**Suite 600**<br>**Orlando, FL 32819** | | **18.23%** | **Limited Partner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 19, 2010**       Signature **/s/ Roger Farwell**
                                          **Roger Farwell**
                                          **Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    __Tempus Resorts International, Ltd.__            Case No. _____
                                   Debtor(s)               Chapter    __11__

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____ Roger Farwell _____, declares under penalty of perjury that:

     1.      I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

     2.      The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

     3.      I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
Roger Farwell
Signature of Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 11/19/2010 |
| Exhibit A to Voluntary Petition | 11/19/2010 |
| List of 20 Largest Unsecured Creditors | 11/19/2010 |
| List of Equity Security Holders | 11/19/2010 |
| Creditor Matrix | 11/19/2010 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of Florida

In re    Tempus Resorts International, Ltd.             Case No. _____
                                                              Debtor(s)             Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 19, 2010                        _____
                                                             Roger Farwell/Chief Executive Officer
                                                             Signer/Title

Tempus Resorts International, Ltd.
7380 Sand Lake Road
Suite 600
Orlando, FL 32819

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE, FL 33336-0001

BARRETO, CARLA
2357 LAKE DEBRA DRIVE #728
ORLANDO, FL 32835

Elizabeth A. Green
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

Ana Ceclia Gamboa
c/o Carlos A. Velasquez
Velasquez Law Firm
101 N. Pine Island, #201
Fort Lauderdale, FL 33324

BARTEK, KELLY
7380 SAND LAKE RD #600
ORLANDO, FL 32819

ACUNA, GRACE
3632 LAKE TELFER DR
ORLANDO, FL 32817

AON RISK SERVICES INC
75 REMITTANCE DR, STE 1943
CHICAGO, IL 60675-1943

Bayview Loan Servicing, LLC
P.O. Box 3042
Milwaukee, WI 53201-3042

AFCO
DEPT 0809 PO BOX 120001
DALLAS, TX 75312-0809

Apollo Real Estate Advisors
III, LP
60 Columbus Circle
20th Floor
New York, NY 10023

BECKETT, JOHN TIMOTHY
411 SHADY LN
OJAI, CA 93023

AFFORDABLE STRUCTURES
1409 OAKFIELD DRIVE
BRANDON, FL 33511

AQUATIC CREATIONS LLC
4241 N ECON TRAIL
ORLANDO, FL 32817

BELL JR, WAYNE CURTIS
PO BOX 221
EASTVILLE, VA 23347

AIDUKAS, SANDRA
7380 SANDLAKE RD, STE 600
ORLANDO, FL 32819

ARROW LOCKSMITH COMPANY
6004 S ORANGE AVE
ORLANDO, FL 32809

BENNETT, GARFIELD T
618 WEST 3rd ST
PLAINFIELD, NJ 07060

AIR-PAK SERVICES INC
6966 VENTURE CIRCLE
ORLANDO, FL 32807

AYERS, BARBARA
518 ONE CENTER BLVD, #102
ALTAMONTE SPRINGS, FL 32701

BERGERON, DONALD P
12 CHARLES PL
BEDFORD, NH 03110

ALCH, CONNIE
1221 BERMUDA LAKES LANE #203
KISSIMMEE, FL 34741

BANK OF AMERICA, N A
PO BOX 15731
WILMINGTON, DE 19886-5731

BEST WESTERN LAKESIDE (Ren
7769 W, IRLO BRONSON HWY
KISSIMMEE, FL 34747

ALVERO, ARNEL J
56 LANGSTON PT
PITTSFORD, NY 14534

BARBEE, JAMES (PHOENIX)
PO BOX 691722
ORLANDO, FL 32869-1722

BIG BARGAIN WORLD INC.
7932 W  SAND LAKE RD    SUIT30
ORLANDO, FL 32819

| | | |
|---|---|---|
| BORROTO, MIGUEL<br>8245 NW 6th TERRACE APT 204<br>MIAMI, FL 33126 | CELIS, JEMIMA LOUS<br>57 GARDNER AVE<br>HICKSVILLE, NY 11801 | CONCORD SERVICING CORPORA<br>4725 N SCOTTSDALE RD, SUITE 30<br>SCOTTSDALE, AZ 85251 |
| BREAD CONNECTION, THE<br>3267 HAWK'S NEST DRIVE<br>KISSIMMEE, FL 34741 | CENTRAL FL. HOTEL & LODGING ASSOC<br>7380 SAND LAKE ROAD #300<br>ORLANDO, FL 32819 | CREIGHTON, SCOTT<br>4180 S. KIRKMAN RD, APT #801<br>ORLANDO, FL 32811 |
| BUNE, ANDRIS VICTOR<br>PO BOX 14283<br>HUNTSVILLE, AL 35815 | CHILAVERT ALEGRE, SANDRA<br>17 WEBSTER ST<br>VALLEY STREAM, NY 11580 | CRYSTAL SPRINGS WATER CO<br>PO BOX 660579<br>DALLAS, TX 75266-0579 |
| BURTON, VIANN & ROBERT<br>118 HONE ST<br>KINGSTON, NY 12401 | CIGNA<br>5089 Collection Center Dr<br>CHICAGO, IL 60693-0050 | DANIEL, ALICIA<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 |
| BUSH, JACQUELINE ELAINE<br>1509 D ST NE<br>WASHINGTON, DC 20002 | CIGNA (H S A)<br>900 COTTAGE GROVE RD<br>HARTFORD, CT 06152 | DCR STRATEGIES, INC. (TRUCA<br>950 PENINSULA CORPORATE CIR<br>BOCA RATON, FL 33487 |
| CALDERON, CAMILO ANDRES<br>CALLE 4 #19-45 CALLE CERRADA<br>VALLEDUPAR CESAR<br>COLUMBIA | CITY OF ORLANDO<br>400 S ORANGE AVENUE, FIRST FLOOR<br>ORLANDO, FL 32802-4990 | DE LAGE LANDEN FINANCIAL S<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| CAMARGO, TAISE<br>5148 PARK CENTRAL DR #32<br>ORLANDO, FL 32839 | CLEAR CHANNEL OUTDOOR<br>PO BOX 402379<br>ATLANTA, GA 30384-2379 | DEABI, CHRISTINE<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 |
| Cameron Realty Group<br>12179 S ORANGE BLOSSOM TR<br>ORLANDO, FL 32837 | COLLECTIONS UNLIMITED INC<br>PO BOX 1236<br>CRYSTAL RIVER, FL 34423 | DELL FINANCIAL SERVICES<br>PO BOX 5292<br>CAROL STREAM, IL 60197-5292 |
| CASTO-OAKBRIDGE VENTURE, LTD<br>PO BOX 931217<br>CLEVELAND, OH 44193 | COLLINS, BRIAN D<br>M21 3323 W ADDISON ST<br>CHICAGO, IL 60618 | DESUE, DAMEIKE G.<br>355 MONUMENT ROAD<br>JACKSONVILLE, FL 32225 |

| | | |
|---|---|---|
| DIAZ, BENJAMIN<br>5943 SAVANNAH PL APT B<br>ORLANDO, FL 32807 | ENNACIR, JANIS<br>7380 SANDLAKE RD, STE 600<br>ORLANDO, FL 32819 | Florida Dept. of Revenue<br>Attn: Executive Director<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399 |
| DIGITAL MAILING SYSTEMS LLC<br>6408 W LINEBAUGH AVE SUITE 103<br>TAMPA, FL 33625 | EVERGREEN DATA TECHNOLOGIES INC<br>PO BOX 630791<br>HIGHLANDS RANCH, CO 80163-0791 | FORMOSA DEVELOPERS, INC<br>7836 W. IRLO BRONSON HGWY<br>KISSIMMEE, FL 34747 |
| DOBBINS, MICHAEL L.<br>5025 THE OAKS CIRCLE<br>ORLANDO, FL 32809 | EXPEDIA TRAVEL<br>PO BOX 847677<br>DALLAS, TX 75284-7677 | FORMOSA OF CENTRAL FLORIDIN<br>7836 W. IRLO BRONSON HGWY<br>KISSIMMEE, FL 34747 |
| DOGUE, TARA<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | EXPERIAN<br>DEPARTMENT 1971<br>LOS ANGELES, CA 90088-1971 | FORSYTHE, ALYSSA<br>625 LAKEWORTH CIRCLE<br>HEATHROW, FL 32746 |
| DUQUE VERA, IVAN L MANIZALES<br>CARRERA 18 1-125<br>MANIZALES<br>COLUMBIA | FARWELL, ROGER<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | FRANCO POSTALIA<br>140 NORTH MITCHELL COURT<br>SUITE 200<br>ADDISON, IL 60101-5629 |
| DUREN, ROB<br>1024 WESTERFIELD DR NE<br>ALBURQUERQUE, NM 87112 | FAULKNER, AMANDA<br>3773 RIDGE RD<br>HEATHSVILLE, VA 22473 | GALILEO CORPORATE TRAVEL<br>801 ROYAL PARKWAY, SUITE 30<br>NASHVILLE, TN 37214 |
| EARL K. WOOD, TAX COLLECTOR (Bus<br>P.O. BOX 545100<br>ORLANDO, FL 32854-5100 | FEDERAL EXPRESS CORPORATION<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | GARDON, REIDEL<br>7380 SAND LAKE RD #600<br>ORLANDO, FL 32819 |
| EMBARQ / CENTURYLINK<br>PO BOX 1319<br>CHARLOTTE, NC 28201-1319 | FERRELL, JOHN<br>20915 US HWY 27<br>GROVELAND, FL 34736-9168 | GASKELL, STEVE<br>4833 CYPRESS WOODS DR #410<br>ORLANDO, FL 32811-3527 |
| ENJOY ORLANDO<br>5512 ARNOLD PALMER DR # 1322<br>ORLANDO, FL 32811 | FINK, JOHN H<br>APT 304 201 W 2nd ST<br>OSWEGO, NY 13123 | GATCHA, MIKE<br>7380 SANDLAKE ROD, SUITE 600<br>ORLANDO, FL 32819 |

| | | |
|---|---|---|
| GEITH, KARRIE<br>5265 BROKE ARROW DR<br>KISSIMMEE, FL 34746 | HARLAN HANSON INC<br>STE 136 2111 EAST MICHIGAN ST<br>ORLANDO, FL 32806 | HYLTON, JONATHAN<br>BURNAGE MANCHESTER<br>MANCHESTER M19 1AF<br>UNITED KINGDOM |
| GRAM, KRISTA<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | HART SOFTWARE INC<br>708 CENTRE AVE<br>READING, PA 19601 | I-RIDE<br>7081 GRAND NATIONAL DRIVE #10<br>ORLANDO, FL 32819 |
| GREATAMERICA LEASING CORP<br>PO BOX 660831<br>DALLAS, TX 75266-0831 | HARTFORD LIFE INSURANCE (Phila)<br>PO BOX 8500-3690<br>PHILADELPHIA, PA 19178-3690 | IDS SCHEER AMERICAS, INC<br>1055 WESTLAKES DRIVE<br>SUITE 100<br>BERWYN, PA 19312 |
| GRIFFIN, THEODORE R.<br>16512 COOPERS HAWK AVE<br>CLERMONT, FL 34711 | HARVEY'S TRAVEL LIMITED<br>48 KENMOUNT RD<br>ST. JOHNS, NEWFOUNDLAND A1B 3N7<br>CANADA | INFINITE ENERGY INC<br>PO BOX 791263<br>BALTIMORE, MD 21279-1263 |
| GUILLOT, BRIAN<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | HERNANDEZ DELGADO, JORGE SERAPIO<br>COL. NAPOLES DEL BENITO JUAREZ<br>MEXICO CITY, DF 3810<br>MEXICO | INTERACTIVE INTELLIGENCE, IN<br>7601 INTERACTIVE WAY<br>INDIANAPOLIS, IN 46278 |
| HABESHIAN, JANETH<br>5 EARLE RD<br>NORTH BILLERICA, MA 01862 | HERNANDEZ DELGADO, JORGE SERAPIO<br>ARKANSAS # 11 PISO PH<br>MEXICO CITY, DF 3810<br>MEXICO | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| HAKIM, BADIA<br>2801 WHISPER LAKES CLUB CIR.<br>ORLANDO, FL 32837 | HICKMAN PROPERTIES, LLC<br>2345 W SAND LAKE RD, SUITE 100<br>ORLANDO, FL 32809 | Internal Revenue Service<br>850 Trafalgar Court<br>Suite 200<br>Maitland, FL 32751 |
| HALDER, CYNTHIA JEAN<br>2600 WOOSTER RD<br>JESUP, IA 50648 | HOWARD JOHNSON TROPICAL PALMS<br>4311 W. HIGHWAY 192<br>KISSIMMEE, FL 34746 | INTRALINKS, INC.<br>150 EAST 42nd STREET, 8th FLO<br>NEW YORK, NY 10017 |
| HARDEN, DOMINIQUE<br>2210 FESCUE PLACE #F<br>INDIANAPOLIS, IN 46260 | HURSEY, PHYLLIS D<br>1158 HAWK CT NW<br>SALEM, OR 97304 | JACKSON, PATRICK<br>STE 600 7380 SANDLAKE RD<br>ORLANDO, FL 32819 |

| | | |
|---|---|---|
| JAMES, ROBERT D<br>P O BOX 1<br>SPRING CITY, PA 19475 | LETZRING, JAMES DOUGLAS<br>5301 RAVEN ST<br>GILLETTE, WY 82718 | MARTINEZ, BRENDA<br>216 CHILLINGHAM LANE<br>KISSIMMEE, FL 34758 |
| JARVIS, MARIA VICTORIA<br>5884 110th AVE N<br>PINELLAS PARK, FL 33782 | LEWIS, SHAWNTEL I<br>2725 SCOTTWOOD RD<br>COLUMBUS, OH 43209 | MASSEY, MICHAEL<br>1722 NO NORMANDY<br>CHICAGO, IL 60707 |
| JETER SYSTEMS<br>24923 NETWORK PLACE<br>CHICAGO, IL 60673-1249 | LEX, JEFFREY<br>13524 LAKE VINNING DR #14308<br>ORLANDO, FL 32821 | MCG MARKETING, LLC<br>7373 SPRING VILLAS CIRCLE<br>ORLANDO, FL 32819 |
| JOHN HANCOCK USA<br>PO BOX 7247-7122<br>PHILADELPHIA, PA 19170-7122 | LITTLEJOHN, WENDOLYN<br>2277 FERN TERRACE<br>UNION, NJ 07083 | MCGOUGH, BONNIE & MICHAEL<br>2475 CR 722<br>WEBSTER, FL 33597 |
| JOHN, CINDY<br>1352 E 53rd ST<br>BROOKLYN, NY 11234 | LM LAND COMPANY, LLC<br>5120 SOUTH LAKELAND DR, SUITE #3<br>LAKELAND, FL 33813 | MEYERS, JANE<br>5249 MILLENIA BLVD APT 108<br>ORLANDO, FL 32839 |
| JOHNS, DAVID<br>1420 INGLESIDE AVE<br>GWYNN OAK, MD 21207 | M&E SERVICES, LLC<br>14808 LONE EAGLE DR<br>ORLANDO, FL 32837 | MINILIK PARTNERS, LTD<br>5555 S. KIRKMAN ROAD, SUITE 20<br>ORLANDO, FL 32819 |
| KUHLMAN, DAVID F<br>S 11045 CTY HWY HH I<br>ELEVA, WI 54738 | MAHLER, KRISTIN<br>7380 SAND LAKE RD #600<br>ORLANDO, FL 32819 | MODS, INC.<br>PO BOX 568324<br>ORLANDO, FL 32856 |
| LACOMBE, SETH<br>STE 600 7380 SAND LAKE RD<br>ORLANDO, FL 32819 | MAJOR RESORTS, LLC<br>5858 INTERNATIONAL DRIVE<br>ORLANDO, FL 32819 | MOORE, MICHAEL R<br>100 BARRINGTON CT<br>MADISON, MS 39110 |
| LANG, LAURA<br>7487 GATHERING DRIVE<br>KISSIMMEE, FL 34747 | MALDONADO, CARMEN J.<br>PO BOX 770575<br>ORLANDO, FL 32877-0575 | MOSTAFA, ABDUL<br>10103 COVE LAKE DR<br>ORLANDO, FL 32836 |

| | | |
|---|---|---|
| MSC SAND LAKE IV INC<br>PO Box 6104<br>HICKSVILLE, NY 11802-6104 | ORLANDO METROPOLITAN EXPRESS<br>6323 INTERNATIONAL DRIVE<br>ORLANDO, FL 32819 | PEDIGO, ROBERT IRVIN<br>2112 WILLOWBEND DR<br>EDMOND, OK 73013 |
| MUJICA, ANDRES<br>7851 SUGARBEND DR<br>ORLANDO, FL 32819 | ORTIZ, JOSEPH<br>7380 SAND LAKE RD #600<br>ORLANDO, FL 32819 | PELISSIER, JOEL<br>49 LAKE VILLA WAY<br>KISSIMMEE, FL 34743 |
| NASEEM, JIM<br>12407 SION CT<br>ORLANDO, FL 32824 | OSCEOLA CLERK OF COURTS<br>2 COURTHOUSE SQUARE<br>KISSIMMEE, FL 34741 | PEREIRA de SILVA, MANUEL<br>3 PANARAMA DR  279<br>HAMILTON PERISH CR03<br>BERMUDA |
| NATIONAL ASSOCIATION OF CATERING<br>PO BOX 568907<br>ORLANDO, FL 32856-8907 | OSCEOLA MARKET PLACE<br>2801 E IRLO BRONSON HWY<br>KISSIMMEE, FL 34744 | PIZZA HUT INC LICENSE FEES<br>PO BOX 955641<br>ST LOUIS, MO 63195-5641 |
| NGUYEN, TUNG T<br>7112 BLAIR CREEK WAY<br>LOUISVILLE, KY 40229 | OSORIO PEREZ,  HUGO<br>PASEO DEL SOL #19 MZA 05<br>CANCUN, 77560<br>MEXICO | PORTOFINO BAY HOTEL<br>5601 UNIVERSAL BLVD<br>ORLANDO, FL 32819 |
| NGWENYA, BENJAMIN<br>1057 S KIRKMAN RD. #246<br>ORLANDO, FL 32811 | OSUSA, ELIZABETH<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | PREDICTIVE CONCEPTS, INC.<br>920 BELLE AVE, SUITE 1330<br>WINTER SPRINGS, FL 32708 |
| NOVA TERRA CONSULTORES<br>CALLE 50 ESQUINA CON VIA BRASIL<br>PANAMA CITY, 5<br>PANAMA | PALM SPRINGS PRINTING INC<br>624 DOUGLAS AVENUE # 1420<br>ALTAMONTE SPRINGS, FL 32714-2547 | PREFERRED ENDEAVORS 2 LLC<br>7932  SAND LAKE RD   SUITE 3<br>ORLANDO, FL 32819 |
| ODUPOY, TIMOTHY<br>14513 GATEWAY PT CIR  #1305<br>ORLANDO, FL 32821 | PALMETTO PROPERTIES, INC.<br>P.O. BOX 1328<br>DILLON, SC 29536 | PREFERRED ENDEAVORS GROUL<br>7932 SANDLAKE RD, SUITE 300<br>ORLANDO, FL 32819 |
| ORACLE USA, INC<br>P. O. BOX 71028<br>CHICAGO, IL 60694-1028 | PATSY HEFFNER, TAX COLLECTOR<br>P.O. BOX 422105<br>KISSIMMEE, FL 34742-2105 | Progressive Communications<br>International<br>1001 Sand Pond Road<br>Lake Mary, FL 32746 |

| | | |
|---|---|---|
| REGULUS GROUP LLC<br>831 LATOUR CT - SUITE B<br>NAPA, CA 94558-6260 | RUSS, BOB<br>7380 SANDLAKE RD, STE 600<br>ORLANDO, FL 32819 | SHELTON, ASHLEY<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 |
| REGULUS INTEGRATED SOLUTIONS LLC<br>831 B LATOUR CT<br>NAPA, CA 94558-6258 | SALZMAN, LEROY C<br>26438 FENWICK AVE N<br>WYOMING, MN 55092 | SHIFT4 CORPORATION<br>1491 CENTER CROSSING RD<br>LAS VEGAS, NV 89144 |
| RESERVE ACCOUNT<br>PO BOX 856056<br>LOUISVILLE, KY 40285-6056 | SANCHEZ DE GRAJEDA, PATRICIA INES<br>AVE GUALBERTO VILLARROEL #2630<br>COCHABAMBA, 4<br>BOLIVIA | SHRED-IT ORLANDO<br>STE 1190 3800 ENTERPRISE WAY<br>SANFORD, FL 32771 |
| Resort Finance America, LLC<br>c/o Centerbridge Partners LP<br>375 Park Avenue<br>12th Floor<br>New York, NY 10152 | SAND LAKE WEST BUSINESS PARK INC<br>PO BOX 6076<br>HICKSVILLE, NY 11802-6076 | SKINNER, LISA<br>6214 F HOLDEN CROSSROADS<br>STANTONSBURG, NC 27883 |
| REVIS, REY<br>7835 101 AVENUE<br>VERO BEACH, FL 32967 | SANDERS, KAROLYN<br>2112 WOLF RD<br>ORLANDO, FL 32808 | STAPLES ADVANTAGE<br>PO BOX 405386 DEPT ATL<br>ATLANTA, GA 30384-5386 |
| RICHARDS, IVETTE<br>1718 PURDY ST<br>BRONX, NY 10462 | SCHOOLER, JOYCE G, TRUSTEE<br>175 CARPENTER RD<br>RUPERT, GA 31081 | STARR ASSOCIATES, LLP<br>245 5th AVENUE<br>NEW YORK, NY 10018 |
| RIVERA, DAVID<br>4196 MIDDLEBROOK RD #721<br>ORLANDO, FL 32811 | SEA WORLD OF FLORIDA, INC.<br>7007 SEA WORLD DR<br>ORLANDO, FL 32821 | STAYBRIDGE SUITES LAKE BUEV<br>8751 SUITESIDE DRIVE<br>ORLANDO, FL 32836 |
| ROBINSON, GAYLA<br>7380 SAND LAKE RD #600<br>ORLANDO, FL 32819 | SENCOMMUNICATIONS INC<br>1611 ALLISON WOODS LANE<br>TAMPA, FL 33619 | Stephen Gaal<br>c/o Thomas J. Pilacek<br>Thomas Pilacek & Assoc<br>5844 Red Bug Lake Road<br>Winter Springs, FL 32708 |
| ROSEN VISTA, INC.<br>8442 PALM PARKWAY<br>ORLANDO, FL 32836 | SHAW, DARLENE ANN<br>3036 52ND TERR SW<br>NAPLES, FL 34116 | STERITECH ENVIRONMENTAL SE<br>PO BOX 472127<br>CHARLOTTE, NC 28247-2127 |

| | | |
|---|---|---|
| SYPNIEWSKI, PAUL JOHN<br>12550 SUMPTER ROAD<br>CARLETON, MI 48117 | TRY-COR ELECTRIC INC<br>PO BOX 654<br>WINDERMERE, FL 34786-3994 | WAL, AUSTIN VANDER<br>1103 PLEASANT LN<br>WASHBURN, ND 58577 |
| TAMPA ARMATURE WORKS INC<br>PO BOX 931665<br>ATLANTA, GA 31193 | UNITIME SYSTEMS, INC<br>225 E. ROBINSON STREET<br>SUITE 240<br>ORLANDO, FL 32801 | WELCOME ORLANDO FLORIDA I<br>7670-B INTERNATIONAL DRIVE<br>ORLANDO, FL 32819 |
| TECC INC<br>333 S SR 415<br>OSTEEN, FL 32764 | US BANK OFFICE EQUIPMENT FINANCE<br>PO BOX 790448<br>ST LOUIS, MO 63179-0448 | WELLS FARGO FINANCIAL LEAS<br>PO BOX 6434<br>CAROL STREAM, IL 60197-6434 |
| Textron Financial Corp.<br>c/o John A. Tarantino<br>Adler Pollock & Sheehan, PC<br>One Citizens Plaza, 8th FL<br>Providence, RI 02903 | VAZQUEZ, GINA<br>5225 MILLENIA BLVD, SUITE 202<br>ORLANDO, FL 32839 | WESTGATE SHELLWORLD, INC.<br>7500 COMMERCE CENTER DR<br>ORLANDO, FL 32819 |
| TIMESHARE CLOSING SERVICES, INC<br>C/O CHRISTINA YOUNG<br>ORLANDO, FL 32819 | VERGARA, RUTH<br>5110 64TH ST<br>WOODSIDE, NY 11377 | WET 'N WILD<br>6200 INTERNATIONAL DRIVE<br>ORLANDO, FL 32819 |
| TIRLOKIE, LEELAWATIE<br>2726 CAMOMILE DR<br>ORLANDO, FL 32837 | VILA & SON LANDSCAPING CORPORATION<br>1900 WILLIAMS ROAD<br>WINTER GARDEN, FL 34787 | WILBORN, KENDRA<br>1716 FRASER CT<br>AURORA, CO 80011 |
| TORMAN, RACHEL<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | VISTANA DEVELOPMENT,INC.<br>8800 VISTANA CENTRE DR, 2nd FLOOR<br>ORLANDO, FL 32821 | WILLIAMS SCOTSMAN INC<br>PO BOX 91975<br>CHICAGO, IL 60693-1975 |
| TORRES CARRENO, FREDY ENRIQUE<br>CALLE 149 NO 54 A-79 APTO 205<br>BOGOTA, 11<br>COLUMBIA | VITKO JR, EDWARD M<br>5920 E BRACEVILLA<br>GARDNER, IL 60424 | WILLIAMS, KELLY<br>1240 S. VINELAND ST<br>WINGER GARDEN, FL 34787 |
| TRI-TECH AIR CONDITIONING INC.<br>1041 SEMINOLA BLVD<br>CASSELBERRY, FL 32707 | VOGES, GWEN<br>7380 SANDLAKE RD, SUITE 600<br>ORLANDO, FL 32819 | WILSON, MARIA<br>2302 SANTA LUCIA ST<br>KISSIMMEE, FL 34743 |

WYNDHAM VACATION OWNERSHIP INC.
8427 SOUTH PARK CIRCLE, SUITE 500
ORLANDO, FL 32819


YATES, HENRY C.
3825 CANOE CREEK ROAD
ST CLOUD, FL 34772


YELLE, WADE PHILLIP
509 INVADER ST
GWINN, MI 49841


ZENITH INSURANCE COMPANY
4415 COLLECTIONS CENTER DR
CHICAGO, IL 60693


ZENO OFFICE SOLUTIONS INC / TAMPA
PO BOX 23687
TAMPA, FL 33623