In re:                                          **CASE NO. 6:10-bk-20709-KSJ**

**TEMPUS RESORTS INTERNATIONAL
LTD., a Florida limited partnership,**          **CHAPTER 11**

                                  **Debtor.**   **Jointly Administered with Case Nos.
                                                06:10-bk-20712-KSJ; 06:10-bk-20714-KSJ;
                                                06:10-bk-20715-KSJ; 06:10-bk-20716-KSJ;
                                                06:10-bk-20717-KSJ; 06:10-bk-20718-KSJ;
                                                06:10-bk-20719-KSJ; 06:10-bk-20720-KSJ**

_____/

## SUMMARY OF CASE

**TEMPUS RESORTS INTERNATIONAL, LTD.**, a Florida limited partnership ("Tempus"), and its affiliates as debtors and debtors-in-possession, hereby files their Summary of Case and states as follows:

### I. Background

1.      On November 19, 2010 ( the "Petition Date") Tempus filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Code"); no trustee has been appointed.  In addition, on the Petition Date, eight (8) affiliated or related entities:

Tempus Palms International, Ltd., a Florida limited partnership

Tempus Golf Development, LLC, a Delaware limited liability company

Tempus Select, LLC, a Florida limited liability company

Backstage Myrtle Beach, LLC, a Florida limited liability company

Tempus Resorts Management, Ltd., a Florida limited partnership

Tempus Resorts Realty, LLC, a Florida limited liability company

Tempus International Marketing Enterprises, Ltd., a Florida limited partnership

Time Retail, LLC, a Florida limited liability company

(collectively with Tempus referred to as "Debtors") also filed petitions for relief under Chapter 11. The Debtors continue to operate their businesses and manage their properties as debtors in possession under §§ 1107 and 1108 of the Code.

2.      By separate application submitted to the Court, the Debtors have sought entry of an order authorizing the joint administration of the Debtors' respective bankruptcy cases with this case as the lead case and permission to use a consolidated case caption.

3.      The Debtors have been in the timeshare industry in Central Florida for over twelve (12) years.  Since 1998, the Debtors have engaged in the development, marketing, sale and management of their flagship resort, Mystic Dunes Resort and Golf Club ("Mystic Dunes"), a seven hundred seventeen (717) unit timeshare and golf resort located on approximately six hundred (600) acres in Celebration, Florida.  The developer of Mystic Dunes is Debtors' Orlando development company, Tempus Palms International, Ltd., a Florida limited partnership.

4.      In 2008, Debtors acquired and established a timeshare plan in twenty (20) units in Dunes Village Resort ("Dunes Village"), a larger condominium hotel project located in Myrtle Beach, South Carolina (collectively, Mystic Dunes and Dunes Village are hereinafter referred to as the "Resorts").  As part of the Dunes Village acquisition, Debtors also acquired the original developer's remaining inventory in a pre-existing three unit fractional plan.  The developer of the timeshare plan at Dunes Village is Debtors' Myrtle Beach development company, Backstage Myrtle Beach, LLC, a Florida limited liability company.

5.      Through its management arm, Tempus Resorts Management, Ltd., a Florida limited partnership ("Tempus Management"), the Debtors manage Mystic Dunes and the timeshare and fractional plans at Dunes Village (although all on-site management functions at Dunes Village have been subcontracted to an unaffiliated on-site management company).

103606458.1

6.     Tempus Management has the exclusive right to manage the Resorts by virtue of contracts between Tempus Management and the respective Resort homeowners associations ("Associations"). In connection with its management duties, Tempus Management provides on-site employees to manage Mystic Dunes' day to day operations. Tempus provides employees to administer the Associations and operate the Resorts' reservation systems.

7.     Through its golf company, Tempus Golf Development, LLC, a Delaware limited liability company, Debtors own and operate a par 71 championship caliber golf course at Mystic Dunes.

8.     Mystic Dunes consists of a mix of seven hundred seventeen (717) one, two and three bedroom units. The timeshare plan at Dunes Village consists of a mix of twenty (20) studio, one, two, three and four bedroom units. The fractional plan at Dunes Village consists of a studio, a two and a three bedroom unit. The timeshare plans at Mystic Dunes and Dunes Village are comprised of one week intervals (or biennial week intervals for every other year usage). The fractional plan at Dunes Village is comprised of 1/8 intervals. Each of the Resorts has recreational facilities such as various pool features, playgrounds, sport courts, restaurants and other amenities.

## II. Location of the Debtors' Operations and Whether Leased or Owned

9.     The Resorts are located in Celebration, Florida, and Myrtle Beach, South Carolina.

## III. Reasons For Filing the Chapter 11

10.     The fall of the real estate markets in Florida and throughout the United States and the general downturn in the economy have significantly impacted the resort development and hospitality industries.

11.     During 2009, Debtors experienced higher default rates from its members and the volume of new timeshare sales declined.

12.     In early 2009, the Debtors and their primary lender at Mystic Dunes, GMAC Commercial Finance, LLC ("GMAC"), commenced workout negotiations related to some of the Debtors' loans with GMAC that had matured or become out of formula.

13.     After declaring an intent to exit the timeshare lending industry, GMAC agreed in April 2009 to a one (1) year extension of its facility with the Debtors subject to certain amendments to the loan, which included: significantly higher lender fees and interest rates, and heightened restrictions the Debtors' business operations.

14.     As a result of these changes to the GMAC loan facility and other more general external economic conditions, Debtors' marketing efforts were limited and sales reduced. The reduction of Debtors' sales and continued higher default rates among Debtors' existing members caused a significant drop in Debtors' cash availability under the GMAC loan facility.

15.     Debtors attempted to work with GMAC to ensure continued debt service and operations, but GMAC was not interested in negotiating until defaults under the GMAC facility actually occurred.

16.     On January 8, 2010, certain of the Debtors and GMAC entered into a ninety-day (90) amendment agreement ("Amendment Agreement"), pursuant to which GMAC continued to make loan advances to Debtors under amended terms and the parties agreed to cooperate in good faith to restructure or refinance the GMAC debt and/or sell Debtors' business [1]. After expiration of the ninety (90) day term of the Amendment Agreement, the Amendment Agreement was amended and extended for approximately seven (7) more months pursuant to a series of successive two (2) week amendments.

17.     As a result of restrictions imposed by the Amendment Agreement and its amendments regarding Debtors' use of the GMAC facility loan proceeds and cash flow from its related collateral,

---

[1]  The Amendment Agreement partially subordinated GMAC's debt to certain compensation claims of Management in order to induce Management to continue in their positions.

Debtors defaulted under their other secured loan facilities with: (i) Textron Financial Corporation ("TFC") related to Dunes Village; and (ii) William R. Lambert and Lucille H. Lambert ("Lambert") related to certain undeveloped property at Mystic Dunes.

18.    On February 1, 2010, GMAC required that the Debtors begin a sales process in order to sell some or all of the Debtors' assets ("Assets"). GMAC's investment bankers, Houlihan, Lokey, Howard & Zukin Capital, Inc. ("Houlihan") led the sales process. Houlihan solicited one hundred and forty-two (142) potential strategic and financial investors in connection with the sales process. Thirty-seven (37) potentially interested parties executed confidentiality agreements and were provided access to a data room created by Houlihan with the assistance of the Debtors. The data room contained all of the financial and other information required for parties to conduct due diligence.

19.    On May 7, 2010 Houlihan distributed a form asset purchase agreement ("APA") to eight (8) potential bidders. The APA was the result of extensive negotiations between GMAC and the Debtors, with input of Houlihan. By mid July, after an extensive and robust sales process, an offer from Tempus Acquisition, LLC ("TAC"), an affiliate of Diamond Resorts Corporation, emerged as the highest and best offer for the Debtors' assets. Immediately thereafter, GMAC, TAC and the Debtors began negotiating the final details of an asset purchase agreement. In the midst of the negotiations the Debtors were instructed by Houlihan and GMAC, to stop negotiations because GMAC was negotiating to sell its entire time share portfolio (inclusive of the loan to the Debtors). GMAC represented that any sale transaction between the Debtors and TAC would go forward after the sale of the GMAC portfolio.

20.    In September 2010, GMAC sold its portfolio of timeshare loans, including Debtors' facility, to Resort Finance America LLC ("RFA"). Upon the closing of the sale, several GMAC employees that were responsible for managing the portfolio on behalf of GMAC left to become

executive officers or employees for RFA or its affiliated asset management company, Lantern Asset Management, LLC ("Lantern").

21. On the day the sale from GMAC to RFA was completed, representatives of GMAC/RFA contacted Debtors and advised that the proposed sale to TAC could now be finalized. Shortly thereafter, however, the same representatives informed the Debtors that the TAC transaction would not be accepted by RFA. Instead, RFA instructed the Debtors to file Chapter 11 petitions to initiate a sixty (60) day sales process.

22. In exercising their fiduciary duties and business judgment, the Debtors decided to continue negotiations with TAC. As a result of the Debtors' continued efforts, the Debtors received from TAC an executed asset purchase agreement with all necessary schedules, as well as a financing commitment from a well-known and reputable financing source ("TAC Agreement"). The TAC Agreement requires no financing from RFA and will result in RFA being paid the full amount of its debt through a combination of cash and the receipt of the indubitable equivalent of its claims. The TAC Agreement will allow the Debtors to restructure its debt with TFC and Lambert through a chapter 11 plan, and will allow the Debtors to quickly complete a reorganization in an efficient manner that benefits all creditors.

23. Given RFA's opposition to any alternative to their directives to the Debtors, the Debtors determined the only way to consummate the TAC Agreement and maximize value to all creditors of the Debtors was to seek protection under chapter 11 of the Code.

### IV. List of Officers

24. The executive officers of each of the debtors are as follows: Roger Farwell – Chief Executive Officer, Andrew Marcus – Chief Operating Officer, and Michael Gregory – Chief Financial Officer.

103606458.1

### V. Debtors' Annual Gross Revenues (none of these numbers have been confirmed)

25.    The Debtors' Gross Revenues for 2009 on a GAAP basis were approximately $58,093,164.00.

### VI. Amounts Owed to Various Classes of Creditors

26.    As of the Petition Date, the Debtors were indebted to various secured Lenders for the approximate amounts:

| Name | Purpose | Amount |
|------|---------|--------|
| RFA | Golf Course loan | $3,231,926.00 |
| RFA | Inventory loan | $14,230,394 |
| RFA | Account Receivable | $87,003,198.00 |
| TFC | Inventory S. Carolina | $4,242,762.00 |
| TFC | Account receivables | $1,419,653.00 |
| TFC | PreSales | $95,264.00 |
| Lambert | Mortgage Liens | $5,757,979.00 |

27.    The Debtors have approximately $2,100,000.00 in unsecured trade debt.

### VII. Obligations Owed to Priority Creditors

28.    None.

### VIII. General Description and Approximate Value of the Debtors' Assets

29.    The Debtors' principal assets consist of unsold time share inventory, amenities, and notes receivable. The Debtors are uncertain as to the value of the assets.

### IX. Number of Employees and Wages Owed as of Petition Date

30.    As of the Petition Date. the Debtors have a total of approximately five hundred and three (503) employees. Most of the employees are located in Orange and Osceola Counties, Florida.

103606458.1

Tempus Resorts International, LTD employs one hundred and thirty-two (132) employees, Tempus Resorts Management LTD employs one hundred and sixty-six (166) employees, Tempus Palms, LTD employs sixty-eight (68) employees, Tempus International Marketing Enterprises, LTD employs one hundred and sixteen (116) employees, Tempus Golf Development, LLC employs seventeen (17) employees, and Time Retail, LLC employs four (4) employees. Employees are owed employee benefits including insurance and 401(k) contributions and reimbursement of business expenses. Most of the employees are hourly, and a number of employees are paid commission only. The Debtors intend to file a Motion to Pay Prepetition Wages in the above referenced cases seeking approval to pay prepetition wages and compensation for the period November 5, 2010 through November 18, 2010. The compensation is due to be paid on December 3, 2010. The total pre-petition compensation owed is approximately $349,493.00. This amount includes wages paid to Employees that will be reimbursed to the Debtors by the homeowners associations at each of the properties. The amount to be reimbursed is $60,000.00.

X. **Anticipated Emergency Relief to be Requested with 14 days of the Petition Date.**

31. The Debtors will file the following motions seeking emergency relief: Motion to approve Debtor in Possession Financing, Motion to Use Cash Collateral, Motion for Authority to Pay Prepetition Wages, Motion to Maintain Prepetition Bank Accounts and Cash Management System; and a Motion for Joint Administration. The Debtors also anticipate filing a Utilities Motion on an expedited basis.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **SUMMARY OF CASE**, together with all exhibits, has been furnished via electronic transmission, facsimile transmission and/or via U.S. Postage Prepaid Mail to the following: Tempus Resorts International, Ltd., Tempus Resorts International, Ltd., Tempus Palms International, Ltd., Tempus Golf Development, LLC, Tempus Select, LLC, Backstage Myrtle Beach, LLC, Tempus Resorts Management, Ltd., Tempus Resorts Realty, LLC, Tempus International Marketing Enterprises, Ltd. and Time Retail, LLC (Debtors), c/o Roger Farwell, CEO, Tempus Resorts International, Ltd., 7380 Sand Lake Road, Suite 600, Orlando, FL 32819, Orlando, FL 32819; Resort Finance America, LLC, c/o Centerbridge Partners, LLC, 375

Park Avenue, 12th Floor, New York 10152; Andrew M. Brumby, Esq., Shutts & Bowen, LLP, P.O. Box 4956, Orlando, Florida 32802-4956 (a/f Resort Finance American, LLC); Lloyd A. Palans, Esq., Bryan Cave, LLP, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, Missouri 63102-2750 (a/f Resort Finance American, LLC); Textron Financial Corporation, c/o Steven Fox, Esq., Epstein, Becker & Green, 250 Park Ave., New York, NY 10177; William Lambert Trust, 1685 North Tropical Trail, Merritt Island, Florida 32953; William Lambert Trust, c/o Allen C.D. Scott, Scott Legal Associates, P.A., St. Augustine, Florida 32084; William R. and Lucille H. Lambert, 1685 North Tropical Trail, Merritt Island, FL 32953; the secured creditors and the largest twenty (20) unsecured creditors as shown on the matrices attached to the original motion filed with the court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801 on this  19th day of November, 2010.

/s/Elizabeth A. Green
Elizabeth A. Green, Esq.

103606458.1

**Tempus Resorts International, Ltd.**
**and Related Case Entities**
**Secured Creditor Matrix**
**11-19-2010**

Resort Finance America, LLC
c/o Centerbridge Partners LP
375 Park Avenue
12th Floor
New York, NY 10152

Team Leasing, LLC
170 Timber View
Oak Brook, IL 60523

William Lambert Trust
1685 North Tropical Trail
Merritt Island, FL 32953

William Lambert Trust
c/o Allen C.D. Scott
Scott Legal Associates, P.A.
St. Augustine, FL 32804

William R. and Lucille H. Lambert
1685 North Tropical Trail
Merritt Island, FL 32953

Bayview Loan Servicing, LLC
P.O. Box 3042
Milwaukee, WI 53201-3042

Textron Financial
2 Morrissey Blvd.
Dorchester, MA 02125-3312

**Tempus Resorts International, Ltd.**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

Collections Unlimited, Inc.
P.O. Box 1236
Crystal River, FL 34423

Federal Express Corporation
P.O. Box 660481
Dallas, TX 75266

Harlan Hanson, Inc.
2111 East Michigan Street
Suite 136
Orlando, Florida 32806

Hernandez Delgado, Jorge Serapio
Col. Napoles Del Benito Juarez
Mexico City, DF 3810
Mexico

Intra Links, Inc.
150 East 42nd Street
8th Floor
New York, NY 10017

MODS, Inc.
P.O. Box 568324
Orlando, Florida 32856

MSC Sand Lanke IV Inc.
P.O. Box 6014
Hicksville, NY 11802-6104

Orlando Metropolitan Express
6323 International Drive
Orlando, FL 32819

Osceola Clerk of Court
2 Courthouse Square
Kissimmee, FL 34741

Progressive Communications
International
1001 Sand Pond Road
Lake Mary, FL 32746

Regulus Group LLC
831 Latoure Ct.
Suite B
Napa, CA 94558-6260

Regulus Integrated Soluctions LLC
831 Latoure Ct.
Suite B
Napa, CA 94558-6260

Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056

Sand Lake West
Business Park Inc.
P.O. Box 6076
Hicksville, NY 11802-6076

Shred-It Orlando
3800 Enteprise Way, Bldg. 3
Suite 1190
Sanford, FL 32771

Staples Advantage
P.O. Box 405386
Dept. ATL
Atlanta, Georgia 30384-5386

TECC Inc.
333 S. SR 415
Osteen, FL 32764

Tri-Tech Air Conditioning, Inc.
1041 Seminola Blvd.
Casselberry, Florida 32707

US Bank Office
Equipment Finance SE
P.O. Box 709448
St. Louis, MO 63179-0448

Zenith Insurance Company
4415 Collections Center Drive
Chicago, IL 60693

**Tempus Palms International, Ltd.**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

David Dexter Chafee
109 Leigh Springs Court
Harvest, AL 35749

Nicholas Cieri
442 Roosevelt Avenue
Niagara Fall, NY 14305

Jasmin Dominguez
P.O. Box 5122
New Brunswick, NJ 08903

Jerry Foltz II
8703 Lowes Island Drive
Wilmington, NC 28411

Geiger
P.O. Box 712144
Cincinnati, OH 45271-2144

Jill Gontar
19 Cross Street St.
Sandown, Isel of Wight
PO36 AAL, UK PU
United Kingdom

Wendy Hummel
194 Wells Street
Regina, SK S4R 5Z7
Canana

James Johnson
26 Sparrowbush Road
East Hartford, CT 06108

Kathryn Lane
3964 CONC 12
Stayner RR2 ON LOM 1SO
Canada

Charles Messersmith
292 Lazy Meadow Dr W
Jacksonville, FL 32225

Modular Space Corporation
12603 Collection Center
Drive
Chicago, IL 60693

Marcia Reback
88 John Street
Providence, RI 02906

Dennis Schibonski
539 Brook Lane
Saint Cloud, MN 56301

Spies Pool
801 Sawdust Trail
Kissimee, FL 34744

Joseph Tate
5973 Cooper Creek Drive
Jacksonville, FL 32218

Textron Financial Corporation
Dept. AT 40219
Atlanta, GA 31192-0219

Michael Vitkin
840 SW 15 Street
Fort Lauderdale, FL 33315

Thomas Stephen Webb
Albrechtstr22
Wiesbaden, 65185, DE
Germany

Wells Fargo Bank
WF 8113
Minneapolis, MN 55485-8113

Gregory John Wisner
326 Rose Avenue
Glen Burnie, MD 21061

**Tempus Golf Development, LLC**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

Ahead Headgear, Inc.
270 Samuel Barnet Blvd.
New Bedford, MA 02745

Barr Display
6424 Forest City Road
Orlando, FL 32810

Cutter & Buck
P.O. Box 34855
Seattle, WA 98124-1855

Europrint, Inc.
620 Douglas Avenue
Suite 1308
Altamonte Springs, FL 32714

Federal Express Corporation
P.O. Box 660481
Dallas, TX 75266-0481

Footjoy
P.O. Box 532419
Atlanta, GA 30353-2419

International Golf Maintenance, Inc.
8390 Championsgate Blvd.
Champioinsgate, FL 33896-8388

Jamison Golf Group
556 Teton Street
Lake Mary, FL 32746

Modular Space Corporation
12603 Collection Center Drive
Chicago, Il 60693

New England Publishing Group, Inc.
P.O. Box 357
Swansea, MA 02777

Nike USA, Inc.
P.O. Box 847648
Dallas, TX 75284-7648

Platinum Transportation, Inc.
P.O. Box 470552
Celebration, FL 34747

Taylor Made Adidas Golf Company
P.O. Box 406043
Atlanta, GA 30384-6043

Textron Financial Corp.
Dept. 40219
Atlanta, GA 31192-0219

Titleist
P.O. Box 532402
Atlanta, GA 30353-2402

TMAS Gear
P.O. Box 360286
Pittsburgh, PA 15250-6286

Travel Host Magazine/Orlando
7450 Sand Lake Commons Blvd.
Orlando, FL 32819

Tavis Mathew Apparel
1011 Seal Beach Blvd.
Seal Beach, CA 90740

VS Publishing Company
7517 Currency Drive
Orlando, FL 32809

**Tempus Select LLC**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

**NONE**

**Backstage Myrtle Beach, LLC**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

Abdikarim Abdirahman
2021 Parklawn Drive
Lewis Center, OH 43035

Suellyn Allen
4273 Phillips Chapel Rd.
Haw River, ND 27258

Leroy Benson
311 Oak Avenue
La Plata, MD 20646

Mellissa Childs
1747 South Fulton Avenue
Tulsa, OK 74112

Doran Collins
P.O. Box 284
Kewanna, IN 46939

Jesica Cook
107 Frost Lane
Taylorsville, NC 28681

Theresa Filippelli
2442 S. St. Marks Avenue
Bellmore, NY 11710

Monica Fraser
34 Emerson Street
Springfield, MA 01118

Robert Fullwood
3054 Potomac Avenue
Rosedale, MD 21237

Therese Gayhardt
3319 Hibiscus Court
Ellicott City, MD 210423

Cecil Gillis
12131 PT Placid Drive
Midlothian, VA 23112

Aimee Gonzaga
34 Lakefield Road
Bramnpton, ON L7A 1W5
CANADA

Melissa Marie Hoffman
4134 Rambling Road
Morristown, TN 37814

Eric Hubler
20 Lantern Lane
Hyannis, MA 02601

Pamela Dellogg
4915 Black River Road
Rembert, SC 29128

Charles Kolarik
794 Fox Mountain Road
Livingston Manor, NY 12758

Jennifer O'Leary
1027 Burke Avenue W
Roseville, MN 55113

Paul Ruland
1473 Barnhart Road
Troy, OH 45373

Sandra Turner Stewart
1759 Tudor Drive
Birmingham, AL 35235

Gary Wishmeyer
8482 Nottinghill Drive
Indianapolis, IN 46234

**Tempus Reports Management, Ltd.**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

.COM MARKETING, INC.
400 North Wymore Road
Winter Park, Florida 32789

ALLIANCE QUALITY SERVICE, INC.
6236 Kingspointe Parkway
Suite 6
Orlando, Florida 32819

Aricuna Carpet Cleaning, LLC
3139 Fairmont Circle
Orlando, Florida 32837

Cheney Brothers, Inc.
2801 W. Silver Springs Blvd.
Ocala, Florida 34475-5666

D-ZEE Textiles, LLC
4725 Lakeland Commerce
Pkwy #16
Lakeland, FL 33805

Dusty Johns & Corey Larson
826 Pond Cypress Ct.
Orlando, Florida 32825

Florida Star Linen
1501 Lancer Drive
Moorestown, NJ 08057

HD Supply Facilities
Maintenance, Ltd.
P.O. Box 509058
San Diego, CA 92150-9058

Lynne & Edward Boyens
1613 Cypress Woods Circle
St. Cloud, FL 34772

Marcone Appliance Parts Center
P.O. Box 790120
St. Louis, MO 63179-0120

Nirmala Kandhai & Behsham Bhimsen
1121 Glenmore Avenue
Brookyn, NY 11208

Progressive Communications Intl
1001 Sand Pond Road
Lake Mary, FL 32746

Rexel
Dept at 40191
Atlanta, GA 31192-0191

Textron Financial Corporation
Dept. AT 40219
Atlanta, GA 31193-0219

TG Lee Dairy
P.O. Box 932689
Atlanta, GA 31193-2689

Travelocity
3150 Sabre Drive
Southlake, TX 76092

Tri-Tech Air Conditioning, Inc.
1041 Seminola Blvd.
Casselberry, FL 32707

TRY-COR Electric Inc.
P.O. Box 654
Windermere, FL 34786-3994

Visual Electronics Corporation
427 Gaston Foster Road
Orlando, Florida 32807

**Tempus Resorts Realty**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

**NONE**

**Tempus International Marketing Enterprises, Ltd.**
**20 Largest Unsecured Creditor Matrix**
**11-19-2010**

ARABIAN NIGHTS
3081 Arabian Nights Blvd.
Kissimmee, FL 34747

Best Western Lakeside
7769 W. Irlo Bronson Hwy
Kissimmee, FL 34747

Busch Gardens Tampa
3605 E. Bougainvillea Avenue
Tampa, Florida 33612

Casto-Oakbridge Venture, LTD
P.O. Box 931217
Cleveland, OH 44193

Delaware North Parks Services of SP
Attn: Accounting
Kennedy Space Center, FL 32899

Gatorland
14501 So. Orange Blossom Trail
Orlando, Florida 32837

Hickman Properties, LLC
2345 W. Sand Lake Road
Suite 100
Orlando, Florida 32809

M&E Services, LLC
14808 Lone Eagle Drive
Orlando, Florida 32837

Medival Times Dinner & Tournament
4510 W. Irlo Bronson Hwy
Kissimmee, FL 34746

Orlando Outlet Owner LLC
Wachovia Bank
P.O. Box 786026
Philadelphia, PA 19178-6026

Pirates Dinner Adventure
6400 Carrier Drive
Orlando, Florida 32819

Platinum Transportation, Inc.
P.O. Box 470552
Celebration, FL 34747

RH I-Drive LLC
7557 W. Sandlake Road
Suite 156
Orlando, FL 32819

Rising Results, Inc.
8442 Palm Parkway
Orlando, FL 32836

Tiburon Suites, LLC
5876 W. Irlo Bronson Memorial Hwy
Kissimmee, FL 34746

USAWORLDCOM
2309 Sea Island Circle South
Lakeland, FL 33810

Wet-n-Wild, Inc. Florida
6200 International Drive
Orlando, FL 32819

Henry C. Yates
3825 Canoe Creek Road
St. Cloud, FL 34772

**Time Retail**
**20 Largest Unsecured Creditor**
**Matrix**
**11-19-2010**

Clear Channel Outdoor
P.O. Box 402379
Atlanta, Georgia 30384-2379

Frito-Lay, Inc.
P.O. box 643103
Pittsburgh, PA 15264-3103

John M. Giesy
14830 NW 250th Street
Okeechoobee, FL 34972

The Lamar Companies
P.O. Box 9603
Baton Rouge, LA 70896