UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| TEMPUS RESORTS INTERNATIONAL, | ) | Case No.  6:10-bk-20709-KSJ |
| LTD., *et al.*, | ) | Chapter 11 |
| | ) | Jointly administered with Case Nos. |
| Debtor[s]. | ) | 6:10-bk-20712-KSJ; 6:10-bk-20714-KSJ; |
| | ) | 6:10-bk-20715-KSJ; 6:10-bk-20716-KSJ; |
| | ) | 6:10-bk-20717-KSJ; 6:10-bk-20718-KSJ; |
| | ) | 6:10-bk-20719-KSJ; 6:10-bk-20720-KSJ. |

ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SCHEDULING HEARING ON DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION, FIXING TIME FOR FILING FEE AND OTHER ADMINISTRATIVE EXPENSE APPLICATIONS, AND
<u>FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN</u>

A proposed Disclosure Statement (Doc. No. 117) and a Plan of Reorganization (Doc. No. 118) were filed by the debtor in this Chapter 11 case pursuant to 11 U.S.C. §1121 and Bankruptcy Rule 3016.  It is

ORDERED:

1. The Disclosure Statement is conditionally approved.

2. <u>Combined Disclosure and Confirmation Hearing</u>.  A hearing will be held on **February 9, 2011, at 1:00 p.m.**, in Courtroom B, 5th Floor, 135 W. Central Blvd., Orlando, FL 32801 to consider and rule on the Disclosure Statement and any objections or modifications and, if the Court determines that the Disclosure Statement contains adequate information within the meaning of Section 1125 of the Bankruptcy Code, to conduct a confirmation hearing (the "Confirmation Hearing"), including hearing objections to confirmation, Section 1129(b) motions, applications of professionals for compensation, and applications for allowance of administrative claims.

3. <u>Adjournment</u>.  The hearing may be adjourned from time to time by announcement made in open court without further notice.

4. <u>Date for Accepting or Rejecting Plan</u>.  Creditors and other parties in interest shall file with the clerk their written acceptances or rejections of the plan (ballots) no later than seven days before the date of the Confirmation Hearing.

5. <u>Objections to Disclosure or Confirmation</u>.  Any party desiring to object to the Disclosure Statement or to confirmation shall file such objection no later than seven days before the date of the Confirmation Hearing.  An objecting party shall serve a copy of the objection at the same time it is filed on the:

Debtor:
Tempus Resorts International, Ltd.
7380 Sand Lake Road, Suite 600
Orlando, FL  32819

Counsel for the Debtor:
Elizabeth A. Green
Baker & Hostetler, LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801

Trustee:
Elena L. Escamilla
United States Trustee's Office
135 W. Central Blvd., Suite 620
Orlando, FL  32801

6. __Ballot Tabulation__.  In accordance with Local Bankruptcy Rule 3018-1, the debtor shall file a ballot tabulation no later than four days before the date of the Confirmation Hearing.

7. __Service of Solicitation Package__.  No later than fourteen (14) days after the entry of this order, the debtor, through its counsel, shall serve by mail a solicitation package upon all creditors, equity security holders, administrative claim applicants, the trustee (if any), attorney for the creditor's committee (if any), each member of the creditors committee (if any), Internal Revenue Service, P.O. Box 21126, Philadelphia, PA  19114, The Securities and Exchange Commission, Branch of Reorganization, 175 West Jackson Street, Suite 900, Chicago, Illinois 60604-2601, United States Trustee, SouthTrust Bank Building, 135 West Central Boulevard, Room 620, Orlando, Florida  32801, attorneys who have appeared in this case and on professionals who have been employed by the debtor or any official committee with the approval of the Court, and other parties in interest in the debtor's case as provided in F.R.B.P. 3017(d). Counsel shall then promptly file a certificate of such service.  For this purpose, counsel shall obtain from the clerk and use a current mailing matrix.  The solicitation package shall be comprised of the Disclosure Statement, the Plan of Reorganization, and a ballot for accepting or rejecting the plan.

8. __Administrative Claim Bar Date__.  All creditors and parties in interest that assert a claim against the debtor which arose after the filing of this case, including all attorneys, accountants, auctioneers, appraisers, and other professionals for compensation from the estate of the debtor pursuant to 11 U.S.C. § 330, must file applications for the allowance of such claims with the Court no later than fourteen (14) days before the date of the Confirmation Hearing (the "Administrative Claims Bar Date").  The requirement to file applications for administrative claims shall not apply to claims that arise after the Administrative Claims Bar Date.  Any applications filed will be heard at the Confirmation Hearing if properly scheduled and noticed by the debtor.  Any application not heard at the confirmation will be scheduled for hearing in the normal course.

9. <u>Section 1111(b) Election.</u>  An election pursuant to 11 U.S.C. §1111(b) must be filed no later than 7 days before the date of the Confirmation Hearing.

10. <u>Confirmation Affidavit.</u>  Four days prior to the Confirmation Hearing scheduled in paragraph 2 above, the debtor shall file a confirmation affidavit which shall contain the factual basis upon which the debtor relies in establishing that each of the requirements of Section 1129 of the Bankruptcy Code are met.  The confirmation affidavit should be prepared so that by reading it the Court can easily gain an understanding of the significant terms of the Plan of Reorganization and facts of the case.

DONE AND ORDERED in Orlando, Florida, on January 3, 2011.

KAREN S. JENNEMANN
United States Bankruptcy Judge